PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRENSO DIVISION**

| | |
|---|---|
| MARIA LUZ FIGUEROA CARDENAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | 1:21-cv-00456-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 45-day extension from January 15, 2022 through March 1, 2022 to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel has nine briefs due within the next month.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | The parties further stipulate that the Court's Scheduling Order shall be modified
2 | accordingly.

5 | Respectfully submitted,

6 | Pena & Bromberg, PC

7 | Dated: January 12, 2022   By:   */s/ Dolly Trompeter by Chantal R. Jenkins\**
8 | *As authorized *via* email on Jan. 12, 2022
  | Dolly Marlo Trompeter
9 | Attorney for Plaintiff

11 | Dated: January 12, 2022   PHILLIP A. TALBERT
   | United States Attorney
12 | PETER K. THOMPSON
13 | Acting Regional Chief Counsel, Region IX
   | Social Security Administration

15 | By:   */s/ Chantal R. Jenkins*
16 | CHANTAL R. JENKINS
   | Special Assistant United States Attorney

# ORDER

Pursuant to the parties' stipulation (ECF No. 13), IT IS HEREBY ORDERED that Defendant shall file a Responsive Brief by March 1, 2022. All remaining deadlines in the Scheduling Order (ECF No. 2) are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 13, 2022**                                 /s/ *Erica P. Grosjean*
                                                                             UNITED STATES MAGISTRATE JUDGE