PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4811
     Facsimile: (415) 744-0134
     E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MARIA LUZ FIGUEROA CARDENAS, <br><br>     Plaintiff, <br><br>    vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | Case No.: 1:21-cv-00456-EPG <br><br> **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER** |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Maria Luz Figueroa Cardenas be awarded attorney fees and expenses in the amount of seven thousand five hundred dollars ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $402.00 under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

//

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Jonathan Peña.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to Jonathan Peña, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel Jonathan Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff Maria Luz Figueroa Cardenas, Jonathan Peña, and/or Dolly M. Trompeter, including Peña and Bromberg, PLC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Jonathan Peña, Dolly M. Trompeter, and/or Peña and Bromberg, PLC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

This stipulation is intended to terminate the motion at Dkt. No. 19.

Respectfully submitted,

Dated:  June 2, 2022                    PENA & BROMBERG, PLC

                                        */s/ Jonathan Peña*\*
                                        (\*as authorized via email on June 2, 2022)
                                        JONATHAN PENA
                                        Attorney for Plaintiff

Dated:  June 2, 2022                         PHILLIP A. TALBERT
                                             United States Attorney
                                             Peter K. Thompson
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                    By:      */s/ Allison J. Cheung*
                                             ALLISON J. CHEUNG
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation (ECF No. 21), IT IS HEREBY ORDERED that:

1. Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, attorneys' fees in the amount of $7,500.00 and costs in the amount of $402.00 are awarded subject to the terms of the stipulation; and

2. Plaintiff's motion for attorneys' fees pursuant to the Equal Access to Justice Act (ECF No. 19) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **June 2, 2022**                          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE